[No. 24638-4-II. Division Two. August 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TEDDY ROOSEVELT SIBLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05541-5, Brian M. Tollefson, J., entered April 15, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 24817-4-II. Division Two. August 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LORRAINE LEE MCCRACKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00762-9, Don L. McCulloch and Stephen M. Warning, JJ., entered May 27, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 22021-1-II. Division Two. August 4, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00751-7, Stephen M. Warning, J., entered May 13, 1997. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.

[Nos. 23013-5-II; 23530-7-II. Division Two. August 4, 2000.]

THE CITY OF OLYMPIA, *Respondent*, v. JASON M. LAURVICK, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 97-1-00085-1 and 97-1-01405-4, Richard D. Hicks and Gary Tabor, JJ., entered February 27, 1998 and July 10, 1998. *Affirmed* by unpublished opinion per Hunt, J. concurred in by Armstrong, C.J., and Bridgewater, J.